FORT WORTH & DENVER CITY RAILWAY COMPANY v. STATE OF TEXAS.

Decided April 6, 1907.

**Penalty—Water Closet Act, Unconstitutional.**

The Act of April 17, 1905, to compel railroad corporations to erect and maintain water closets at passenger stations, and fixing a penalty for violation of the same, held unconstitutional.

Appeal from the District Court of Armstrong County. Tried below before Hon. Ira Webster.

*Spoonts, Thompson & Barwise,* for appellant.

*J. S. Stallings,* County Attorney, *L. C. Barrett,* and *J. A. Templeton,* for appellee.

SPEER, ASSOCIATE JUSTICE.—The statute upon which this suit is brought, commonly known as the water closet statute, having been held unconstitutional as violative of the Fourteenth Amendment, it becomes our duty to dismiss the action. The judgment of the District Court is therefore reversed and the action dismissed. Missouri, K. & T. Ry. Co. v. State, 100 Texas, 420.

*Dismissed.*